Delores J. ROBBINS, Plaintiff-Appellant,

v.

WHITE–WILSON MEDICAL CLINIC, INC., Defendant-Appellee.

No. 80–5442.

United States Court of Appeals,
Fifth Circuit.
Unit B

April 17, 1981.

Joseph L. Hammons, Pensacola, Fla., for plaintiff-appellant.

Peter O. Zinober, Tampa, Fla., for defendant-appellee.

ORDER

GOLDBOLD, Chief Judge.

This case was submitted to a screening panel composed of Judges Tjoflat, Vance and Thomas A. Clark and decided without oral argument by an opinion entered April 9, 1981, 642 F.2d 153.

Judge Clark has concluded that he was either disqualified to sit in the case or should have recused himself from participation.

The opinion is WITHDRAWN and the submission is VACATED. The case will be submitted by the Clerk to a screening panel composed of judges none of whom is a member of the panel that previously considered the case, for consideration by the screening panel as though originally submitted to it.